# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC,** § § § § § § §  Plaintiff, § v. § **SCOTT AND WHITE HEALTH PLAN,** § §  Defendant. § | Civil Action No. 3:20-CV-3241-N-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since the plaintiff has not timely filed a motion to voluntarily dismiss its claim or a motion for leave to amend as allowed by the recommendation, *Defendant's Motion to Dismiss Plaintiff's Claims and Memorandum in Support*, filed November 30, 2020 (doc. 8), is **GRANTED** in part and **DENIED** in part, and the plaintiff's claim for quantum meruit against the defendant is **DISMISSED with prejudice**.

**SIGNED** this 2nd day of July, 2021.

_____
**UNITED STATES DISTRICT JUDGE**